Commonwealth ex rel. Philadelphia *v.* Millward
(et al., Appellant).

Argued June 10, 1968.  *Robert W. Costigan*, with him *John A.*

*Papola,* for appellant; *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Nicholas M. D'Alessandro,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellee.

Order affirmed.